## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**STEFANY L. SCHASSAR,**

      **Plaintiff,**

v.                                          **Case No: 08-2546-JWL**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

      **Defendant.**

### ORDER

On September 18, 2009, a Report and Recommendation (doc. 18) was issued by the Honorable Gerald B. Cohn, Magistrate Judge. The time in which to file objections has passed and to date no objections have been filed. The court has reviewed the Report and Recommendation and finds that it should be adopted

IT IS ORDERED BY THE COURT that the Report and Recommendation (doc. 18) is adopted.

IT IS FURTHER ORDERED that the plaintiff's Motion for Judgment, Motion for Judgment on the Pleadings (doc. 7) is denied as improperly filed and judgment is entered in accordance with the fourth sentence of 42 U.S.C. § 405(g) AFFIRMING the decision of the Commissioner.

IT IS SO ORDERED.

Dated this 5th day of October 2009, at Kansas City, Kansas.

                                                        s/   John W. Lungstrum
                                                        John W. Lungstrum
                                                        United States District Judge